JONATHAN M. HOUGHTON, N.J. Bar No. 369652021
JACK E. BROWN, Virginia Bar No. 94680*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
JHoughton@pacificlegal.org
JBrown@pacificlegal.org

CALEB R. TROTTER, Cal. Bar No. 305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org

* *Pro Hac Vice Motions Pending*

Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Shannon MacDonald, M.D., Paul Gardner, M.D., J.A., a minor, by and through guardian and next friend Michael Abell; Michael Abell, and Hank Jennings,<br><br>                               Plaintiffs,<br><br>     v.<br><br>Otto F. Sabando, in his official capacity as President of the New Jersey State Board of Medical Examiners,<br><br>                               Defendant. | No. 3:23-cv-23044-GC-TJB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF MICHAEL ABELL AS NEXT FRIEND TO MINOR PLAINTIFF J.A.** |

This matter having been brought before the Court by Jonathan Houghton, counsel for Plaintiffs in this matter, on motion to assign Michael Abell as Next Friend to minor Plaintiff J.A. The Court having considered the moving papers, and for good cause shown; IT IS on this \_\_\_\_ day of _____, \_\_\_\_\_

**ORDERED** that Plaintiff Michael Abell, father and legal guardian of Plaintiff J.A., serve as Next Friend to J.A. for purposes of this litigation.

DATED: _____, 202\_\_.    _____
U.S. Magistrate Judge